UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WENDELL LEONARD PROWSE,

        Plaintiff,                Case No. 1:07cv395

v.                            Hon. Robert J. Jonker

UNITED STATES OF AMERICA, et al.,

        Defendants.
_____/

## ORDER AND JUDGMENT
## APPROVING REPORT AND RECOMMENDATION

      The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties on January 10, 2008. The time permitted for objections to the Report and Recommendation has elapsed, and no objections have been filed under 28 U.S.C. § 636(b)(1)(C). Accordingly,

      **IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed January 10, 2008, is **APPROVED AND ADOPTED** as the opinion of the court.

      **IT IS ORDERED** that this suit is reclassified as a habeas petition pursuant to 28 U.S.C. § 2241, with plaintiff re-designated as the "petitioner" and defendants re-designated as the "respondents."

      **IT IS FURTHER ORDERED** that Proaction's (also known as Project Rehab) motion to dismiss (docket #11) is **GRANTED**, and the petition is **DISMISSED** as to this respondent.

                                                /s/Robert J. Jonker
                                                  Robert J. Jonker
                                            United States District Judge

Dated: February 21, 2008